1    Jeffrey I. Hasson
     Attorney at Law
2    Davenport & Hasson, LLP
     12707 NE. Halsey Street
3    Portland, OR  97230
     Phone: (503) 255-5352
4    Facsimile No.: (503) 255-6124
     E-Mail: hasson@dhlaw.biz
5    Washington State Bar No. 23741
     Attorney for National Enterprise Systems, Inc.

6

7

8

9

10                 UNITED STATES DISTRICT COURT

11             WESTERN DISTRICT OF WASHINGTON

12                     AT SEATTLE

13    LARRY M. KASOFF,                   Case No.: 2:10-CV-744-RSM

14        Plaintiff,                       DEFENDANT'S OFFER OF JUDGMENT

15    vs.

16    NATIONAL ENTERPRISE SYSTEMS, INC.,

17        Defendant.

18        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant National

19 Enterprise Systems, Inc. ("Defendant") hereby offers to allow judgment to be taken in favor of

20 Plaintiff Larry M. Kasoff, as follows:

21        1.      Judgment shall be entered against Defendant in the amount of $1,200.08 for

22 Plaintiff Larry M. Kasoff;

23        2.      In addition, Plaintiff's reasonable costs now accrued in connection with the claims

24 against Defendant in the above-referenced action are to be added to the judgment; said costs are

25 to be in an amount as agreed to between counsel for the parties, or if they are unable to agree, as

26 determined by the Court upon motion;

DEFENDANT'S OFFER OF JUDGMENT - 1
Case No. 2:10-CV-744-RSM

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\6205\0010\p-offer of judgment.doc

3.      The judgment entered in accordance with this Offer of Judgment is to be in total resolution of any and all claims and allegations by Plaintiff against, implicating or involving Defendant and its current and former employees, owners, and agents, and said judgment shall have no effect whatsoever except in settlement of those claims; and

4.      This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff has suffered any damage. All liability is denied.

Dated August 3, 2010.

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
WSBA No. 23741
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@dhlaw.biz

**Attorney for National Enterprise Systems, Inc.**

Plaintiff accepts Defendant's Offer of Judgment and agrees to a compromise of the amounts due herein by entry of judgment in favor of Plaintiff and against Defendant in the amount of One Thousand Two Hundred and 08/100ths Dollars ($1,200.08), exclusive of costs, disbursements and attorney's fees.

Dated: 8/9/2010

Larry M. Kasoff, Plaintiff

DEFENDANT'S OFFER OF JUDGMENT - 2
Case No. 2:10-CV-744-RSM

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\6205\0010\p-offer of judgment.doc

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on August 3, 2010, I served the foregoing upon the following via
first class U.S. mail postage pre-paid, and by email:

3

4    Larry M. Kasoff
909 5th Avenue, Unit 903
5    Seattle, WA 98164

6    Email:  larry.kasoff@gmail.com

7           Dated August 3, 2010.

8                                    DAVENPORT & HASSON, LLP

9                                    s/ Jeffrey I. Hasson
                                     WSBA No. 23741
                                     Davenport & Hasson, LLP
10                                   12707 NE Halsey St.
                                     Portland, OR 97230
11                                   Telephone:  (503) 255-5352
                                     Fax:  (503) 255-6124
12                                   E-Mail:  hasson@dhlaw.biz

13                                   *Attorney for National Enterprise Systems, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 1
Case No. 2:10-CV-744-RSM

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\6205\0010\p-offer of judgment.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, I served the foregoing Notice of Acceptance of Defendant's Offer of Judgment upon the following via first class U.S. mail postage pre-paid and by email:

Jeffrey I. Hasson
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230

Email: hasson@dhlaw.biz

Dated August 9, 2010 at Seattle, WA.

By:_____
Larry M. Kasoff, Plaintiff
909 5th Ave. #903
Seattle, WA 98164
Telephone: (206) 388-3943
E-mail: larry.kasoff@gmail.com

CERTIFICATE OF SERVICE -1
Case No.: 2:10-CV-744-RSM

Larry Kasoff, *pro se*
909 5th Ave Unit 903
Seattle, Washington 98164
(206) 388-3943