UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LARRY M. KASOFF,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC,<br><br>　　　　　　　Defendant. | Case No.: 2:10-CV-744-RSM<br><br>NOTICE OF SATISFACTION OF JUDGMENT |

    Plaintiff Larry M. Kasoff acknowledges satisfaction in full of the Judgment against National Enterprise Systems, Inc. as entered in this matter on September 16, 2010.

    The Clerk of the Court is hereby authorized and requested to enter in the Court records a full satisfaction of judgment.

DATED this 15th day of October, 2010.

                                                By: s/Larry M. Kasoff_____
                                                Larry M. Kasoff, Plaintiff
                                                909 5th Ave. #903
                                                Seattle, WA 98164
                                                Telephone: (206) 388-3943

E-mail: larry.kasoff@gmail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

SATISFACTION OF JUDGMENT-2
Case No.: 2:10-CV-744-RSM

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send electronic notification of such filing to the following:

Jeffrey I. Hasson
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-mail: hasson@dhlaw.biz
*__Attorney for National Enterprise Systems, Inc__*.

Dated October 15, 2010 at Seattle, WA.

By: s/Larry M. Kasoff_____
Larry M. Kasoff, Plaintiff
909 5th Ave. #903
Seattle, WA 98164
Telephone: (206) 388-3943
E-mail: larry.kasoff@gmail.com

CERTIFICATE OF SERVICE -1
Case No.: 2:10-CV-744-RSM

Larry Kasoff, *pro se*
909 5th Ave Unit 903
Seattle, Washington  98164
(206) 388-3943